IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wypyski, Thomas J | Case Number: 04 B 24276 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 12/13/07 | Filed: 6/28/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: December 6, 2007
Confirmed: September 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 28,620.00 | |
| Secured: | | 977.48 |
| Unsecured: | | 24,179.75 |
| Priority: | | 0.00 |
| Administrative: | | 2,100.00 |
| Trustee Fee: | | 1,362.77 |
| Other Funds: | | 0.00 |
| Totals: | 28,620.00 | 28,620.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Lynch P C | Administrative | 2,100.00 | 2,100.00 |
| 2. | Crown Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | HomeComings Financial Network | Secured | 977.48 | 977.48 |
| 5. | Crown Mortgage Company | Unsecured | 100.00 | 100.00 |
| 6. | Resurgent Capital Services | Unsecured | 7,657.92 | 8,116.26 |
| 7. | Capital One | Unsecured | 5,919.78 | 6,274.14 |
| 8. | ECast Settlement Corp | Unsecured | 6,617.64 | 7,013.78 |
| 9. | ECast Settlement Corp | Unsecured | 124.46 | 131.92 |
| 10. | Mark Wypyski | Unsecured | 2,400.00 | 2,543.65 |
| 11. | Wells Fargo | Unsecured | | No Claim Filed |
| 12. | Waterbury Condo Assoc | Unsecured | | No Claim Filed |
| | | | $ 25,897.28 | $ 27,257.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 213.94 |
| 4% | 0.69 |
| 3% | 234.63 |
| 5.5% | 393.30 |
| 5% | 119.47 |
| 4.8% | 228.54 |
| 5.4% | 172.20 |
| | $ 1,362.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wypyski, Thomas J | Case Number:  04 B 24276 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  12/13/07 | Filed:  6/28/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

